IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

BILLY JOE ROBISON, )
)
       Plaintiff, )
)
vs. ) CIV-12-212-FHS-KEW
)
CAROLYN W. COLVIN, Acting )
Commissioner of the Social )
Security Administration,[1] )
)
       Defendant. )

## ORDER

    On September 13, 2013, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. No objections were filed. Therefore, the Findings and Recommendations are deemed confessed.

    This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be **sustained**.

    Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order.

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Ms. Colvin is substituted for Michael J. Astrue as the Defendant in this action.

**IT IS SO ORDERED** this 30th day of September, 2013.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma